IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUINONES,
Guardian ad Litem, on behalf of
A.D., R.B., E.B., and M.B.,
Minor children,

        Plaintiffs,

v.                                  Cause No: 21-cv-00368 KG-JHR

PATRICIA GARZA, in her individual
And official capacity, REBECCA LIGGETT,
In her individual and official capacity;
BRENDA SALDANA, in her individual and
official capacity; NEW MEXICO CHILDREN
YOUTH & FAMILIES DEPARTMENT;
And DOES 1-50,

        Defendants.

**NOTICE OF AGREED UPON SECOND EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT REBECCA LIGGETT'S MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON ABSOLUTE IMMUNITY [DOC. 13]**

        Plaintiffs, by and through their Counsel of Record, Benjamin Gubernick, Todd Bullion, Robert J. Gorence and Jason Bowles, hereby deliver notice to the Court that the parties have stipulated to a second extension of the deadline for Plaintiffs to file a Response to Defendant Rebecca Liggett's Motion for Judgment on the Pleadings Based on Absolute Immunity filed on July 7, 2021 [Doc. 13] from Friday, July 30, 2021 to Friday, August 13, 2021.

                              Respectfully submitted,

                              **GUBERNICK LAW P.L.L.C.**

                              /s/ Benjamin Gubernick
                              BENJAMIN GUBERNICK
                              New Mexico Bar No. 145006
                              Ben@gubernicklaw.com
                              734-678-5169
                              10720 W. Indian School Rd.
                              Ste. 19 PMB 12
                              Phoenix, AZ 85037

                                        ---and---

                                        */s/ Robert Gorence*
                                        Robert J. Gorence
                                        Gorence Law Firm, LLC
                                        300 Central Ave SW, Suite 1000E
                                        Albuquerque, NM  87102
                                        (505) 244-0214
                                        gorence@golaw.us


                                        ---and---

                                        */s/ Jason Bowles*
                                        Jason Bowles
                                        Bowles Law Firm
                                        P.O. Box 25186
                                        Albuquerque, NM 87125-0186
                                        (505) 217-2680
                                        jason@bowles-lawfirm.com


                                        ---and---

                                        */s/ Todd J. Bullion*
                                        Todd J. Bullion
                                        300 Central Ave SW, Suite 1000E
                                        Albuquerque, NM  87102
                                        (505) 452-7674
                                        todd@bullionlaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of August, 2021, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alfred A. Park
Lawrence M. Marcus
James J. Grubel
apark@parklawnm.com
lmarcus@parklawnm.com
jgrubel@parklawnm.com
*Attorneys for Patricia Garza, Rebecca Liggett, Brenda Saldana, and the New Mexico Children, Youth, and Families Department*

*/s/ Robert J. Gorence*
Robert J. Gorence