IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUINONES,
Guardian ad Litem, on behalf of
A.D., R.B., E.B., and M.B.,
Minor children,

        Plaintiffs,

v.                                      Cause No: 21-cv-00368 KG-JHR

PATRICIA GARZA, in her individual
And official capacity, REBECCA LIGGETT,
In her individual and official capacity;
BRENDA SALDANA, in her individual and
official capacity; NEW MEXICO CHILDREN
YOUTH & FAMILIES DEPARTMENT;
And DOES 1-50,

        Defendants.

**SECOND NOTICE OF AGREED UPON EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS [DOC. 23]**

        Plaintiffs, by and through their Counsel of Record, Benjamin Gubernick, Todd Bullion, Robert J. Gorence and Jason Bowles, hereby deliver notice to the Court that the parties have stipulated to extend the deadline for Plaintiffs to file a Response to Defendants' Motion to Dismiss filed on August 20, 2021 [Doc. 23] to Friday, October 1, 2021.

                              Respectfully submitted,

                              GUBERNICK LAW P.L.L.C.

                              /s/ Benjamin Gubernick
                              BENJAMIN GUBERNICK
                              New Mexico Bar No. 145006
                              Ben@gubernicklaw.com
                              734-678-5169
                              10720 W. Indian School Rd.
                              Ste. 19 PMB 12
                              Phoenix, AZ 85037

                              ---and---

*/s/ Robert Gorence*
Robert J. Gorence
Gorence Law Firm, LLC
300 Central Ave SW, Suite 1000E
Albuquerque, NM  87102
(505) 244-0214
gorence@golaw.us

---and---

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM 87125-0186
(505) 217-2680
jason@bowles-lawfirm.com

---and---

*/s/ Todd J. Bullion*
Todd J. Bullion
300 Central Ave SW, Suite 1000E
Albuquerque, NM  87102
(505) 452-7674
todd@bullionlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2021, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Alfred A. Park
Lawrence M. Marcus
James J. Grubel
apark@parklawnm.com
lmarcus@parklawnm.com
jgrubel@parklawnm.com
*Attorneys for Patricia Garza, Rebecca Liggett, Brenda Saldana, and the New Mexico Children, Youth, and Families Department*

*/s/ Robert J. Gorence*
Robert J. Gorence