IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUINONES,
Guardian ad Litem, on behalf of
A.D., R.B., E.B., and M.B.,
Minor children,

       Plaintiffs,

v.                                         Cause No: 21-cv-00368 KG-JHR

PATRICIA GARZA, in her individual
And official capacity, REBECCA LIGGETT,
In her individual and official capacity;
BRENDA SALDANA, in her individual and
official capacity; NEW MEXICO CHILDREN
YOUTH & FAMILIES DEPARTMENT;
And DOES 1-50,

       Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMIT FOR THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, by and through their Counsel of Record, Benjamin Gubernick, Todd Bullion, Robert J. Gorence and Jason Bowles, hereby moves for an extension of the 24-page limit for responses provided for in Local Rule of Civil Procedure 7.5. Plaintiffs' response to the Defendants' Motion to Dismiss will be approximately 6 pages over the limit. In support of this Motion, Plaintiffs state as follows:

    1.     This is a legally complicated case.

    2.     Plaintiffs cannot adequately brief their response to Defendants' Motion to Dismiss in only 24-pages.

    3.     Undersigned counsel contacted counsel for the Defendants, James Grubel, and he does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court extend the 24-page limit by 6 pages to 30 pages for Plaintiffs' response to the Defendants' Motion to Dismiss.

Respectfully submitted,

**GUBERNICK LAW P.L.L.C.**

/s/ Benjamin Gubernick
BENJAMIN GUBERNICK
New Mexico Bar No. 145006
Ben@gubernicklaw.com
734-678-5169
10720 W. Indian School Rd.
Ste. 19 PMB 12
Phoenix, AZ 85037

---and---

*/s/ Robert Gorence*
Robert J. Gorence
Gorence Law Firm, LLC
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 244-0214
gorence@golaw.us

---and---

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM 87125-0186
(505) 217-2680
jason@bowles-lawfirm.com

---and---

*/s/ Todd J. Bullion*
Todd J. Bullion
300 Central Ave SW, Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
todd@bullionlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 30th day of September, 2021, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Alfred A. Park
    Lawrence M. Marcus
    James J. Grubel
    apark@parklawnm.com
    lmarcus@parklawnm.com
    jgrubel@parklawnm.com
    *Attorneys for Patricia Garza, Rebecca Liggett, Brenda Saldana, and the New Mexico Children, Youth, and Families Department*

*/s/ Robert J. Gorence*
Robert J. Gorence