IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUIÑONES,
Guardian ad Litem, on behalf of
A. D., R. B., E. B., and M. B.,
minor children,

       Plaintiffs,

vs.                                          No. 21-cv-00368 KG/JHR

PATRICIA GARZA, in her individual
and official capacity; REBECCA LIGGETT,
in her individual and official capacity; BRENDA
SALDANA, in her individual and official capacity;
NEW MEXICO CHILDREN YOUTH &
FAMILIES DEPARTMENT; and DOES 1-50,

       Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF THE PAGE LIMIT FOR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Extension of the Page Limit for Their Response to Defendants' Motion to Dismiss (Doc. 29) and the Court having reviewed the pleadings, noting that the motion is unopposed, and being otherwise fully apprised in the premises, FINDS that the motion is well-taken and should be GRANTED;

IT IS THEREFORE ORDERED that the Plaintiffs are hereby allowed up to 16 pages for their Reply in Support of Defendants' Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

1