IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUINONES,
Guardian ad Litem, on behalf of
A.D., R.B., E.B., and M.B.,
minor children,

    Plaintiffs,

vs.                                                  No. CV 21-0368 KG/JHR

PATRICIA GARZA, in her individual
and official capacity; REBECCA LIGGETT,
in her individual and official capacity; BRENDA
SALDANA, in her individual and official capacity;
NEW MEXICO CHILDREN, YOUTH &
FAMILIES DEPARTMENT; and DOES 1-50,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter comes before the Court *sua sponte*. On July 7, 2021, Defendants filed a Motion for Judgment on the Pleadings for Rebecca Liggett Based on Absolute Immunity. (Doc. 13). On July 13, 2021, Defendants filed a Partial Motion for Judgment on the Pleadings. (Doc. 14). On August 9, 2021, Plaintiffs filed an Amended Complaint. (Doc. 21). Defendants subsequently withdrew the Motion for Judgment on the Pleadings for Rebecca Liggett (Doc. 13), by unopposed Notice of Withdrawal of Document. (Doc. 22). To date, no response has been filed to the Partial Motion for Judgment on the Pleadings (Doc. 14), and the Motion has not been withdrawn. It appears to the Court that the Motion may be rendered moot by the filing of the Amended Complaint. Therefore, no later than **5:00 p.m. on December 13, 2021**, the parties shall file a Joint Status Report informing the Court whether Document 14 is now moot.

IT IS SO ORDERED.

                                                                             UNITED STATES DISTRICT JUDGE