# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUIÑONES,
**Guardian ad Litem, on behalf of**
**A. D., R. B., E. B., and M. B.,**
**minor children,**

        **Plaintiffs,**

vs.                                                                    **No. 21-cv-00368 DHU/JHR**

**PATRICIA GARZA, in her individual**
**and official capacity; REBECCA LIGGETT,**
**in her individual and official capacity; BRENDA**
**SALDANA, in her individual and official capacity;**
**and DOES 1-50,**

        **Defendants.**

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

This matter having come before the Court on Plaintiffs' Unopposed Motion to Withdraw Counsel (Doc. 45). The Court, being fully advised of its premises and noting that Plaintiffs consent to the law firm of Gorence & Oliveros withdrawing as counsel, finds that the motion is well-taken and will be granted.

It is therefore ORDERED that the Plaintiff's Unopposed Motion to Withdraw Counsel **(Doc. 45)** is **GRANTED** and that Gorence & Oliveros and Robert Gorence are withdrawn as counsel for Plaintiffs.

The Clerk of Court is directed to terminate the Plaintiffs' prior motion **(Doc. 44)**, which has now been superseded and is therefore moot.

**IT IS SO ORDERED**.

David H. Urias
United States District Court Judge

1