IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUINONES,
Guardian ad Litem, on behalf of
A.D., R.B., E.B., and M.B.,
minor children,

        Plaintiffs,

v.                                                                          1:21-cv-00368-DHU-JMR

PATRICIA GARZA, in her individual and official
Capacity; REBECCA LIGGETT, in her individual
and official capacity; BRENDA SALDANA, in her
individual and official capacity; JENNIFER DE LOS
SANTOS, in her individual and official capacity;
NEW MEXICO CHILDREN YOUTH & FAMILIES
DEPARTMENT; and DOES 1-50,

        Defendants.

## INITIAL SCHEDULING ORDER

This case is assigned to me for scheduling, case management, discovery, and other non-dispositive motions. The Federal Rules of Civil Procedure and the Court's Local Rules of Civil Procedure will apply to this lawsuit.

The parties, appearing through counsel or *pro se*, will "meet and confer" no later than **Wednesday, April 19, 2023,** to formulate a provisional discovery plan. FED. R. CIV. P. 26(f). The time allowed for discovery is generally 120 to 150 days. The parties will cooperate in preparing a Joint Status Report and Provisional Discovery Plan ("JSR"). Please visit the Court's website, www.nmd.uscourts.gov, to download the standardized Joint Status Report and Provisional Discovery Plan form. The blanks for suggested/proposed dates are to be filled in by the parties. Actual dates will be promulgated by order of the Court shortly after the Rule 16

scheduling conference.  Plaintiff, or defendant in removed cases, is responsible for filing the JSR by **Wednesday, April 26, 2023.**

Good cause must be shown and the Court's express and written approval obtained for any modification of the dates in the scheduling order that issue from the JSR.

Initial disclosures under FED. R. CIV. P. 26(a)(1) shall be made within fourteen (14) days of the meet-and-confer session.

A Rule 16 scheduling conference will be conducted by telephone on **Wednesday, May 03, 2023, at 9:30 a.m.  Counsel shall call my AT&T toll-free conference line at 1- 877-336-1831and dial access code 4999264 to be joined to the proceedings.**

At the Rule 16 scheduling conference, counsel should be prepared to discuss discovery needs and scheduling, all claims and defenses, the use of scientific evidence and whether a *Daubert*[1] hearing is needed, initial disclosures, and the time of expert disclosures and reports under FED. R. CIV. P. 26(a)(2).  We also will discuss settlement prospects and alternative dispute resolution possibilities and consideration of consent pursuant to 28 U.S.C. § 636(c).  Client attendance is not required.   All parties should review the Court's webpage at: https://www.nmd.uscourts.gov/content/judge-jennifer-m-rozzoni, particularly noting the Procedures Tab and linked Guidelines for Proposed Protective Orders and General Procedures (which includes information about how to resolve minor discovery disputes).

Plaintiff(s) shall serve a copy of this order on any parties that have been served but have not yet entered an appearance and shall file a certificate of service with the Court documenting such service.  Plaintiff(s) shall serve a copy of this order on any parties not yet served along with the summons and complaint.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

_____
Jennifer M. Rozzoni
United States Magistrate Judge