# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUIÑONES,
Guardian ad Litem, on behalf of
A. D., R. B., E. B., and M. B.,
minor children,

       Plaintiffs,

vs.                                                 No. 21-cv-00368 DHU/JMR

PATRICIA GARZA, in her individual
and official capacity; REBECCA LIGGETT,
in her individual and official capacity;
BRENDA SALDANA, in her individual and
official capacity; JENNIFER DE LOS SANTOS,
in her individual and official capacity, the NEW
MEXICO CHILDREN, YOUTH & FAMILY
DEPARTMENT; and DOES 1-50,

       Defendants.

## NOTICE OF ERRATA

      Plaintiffs respectfully submit this errata to their Opposition to Defendant Rebecca Liggett's Motion for Judgment on the Pleadings Based on Absolute Immunity, Amended Complaint which was filed May 22, 2023 (Dkt. No. 70). The filing's caption contained the incorrect title. Plaintiffs are concurrently filing a corrected opposition that fixes that mistake and makes no other changes.

                                                       Respectfully submitted,

                                                         GUBERNICK LAW P.L.L.C.

                                                         /s/ Benjamin Gubernick
                                                         Benjamin Gubernick
                                                         New Mexico Bar No. 145006
                                                         Ben@gubernicklaw.com
                                                         734-678-5169
                                                         10720 W. Indian School Rd.
                                                         Ste. 19 PMB 12
                                                         Phoenix, AZ 85037

                                                         ---and---

Todd J. Bullion
**Law Office of Todd J. Bullion**
4811 Hardware Dr NE
Bldg D, Suite 5
Albuquerque, NM  87109
(505) 452-7674
todd@bullionlaw.com

---and---

Jason Bowles
**Bowles Law Firm**
4811 Hardware Dr NE
Bldg D, Suite 5
Albuquerque, NM  87109
(505) 217-2680
jason@bowles-lawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, I filed the foregoing electronically through the CM/ECF system, which caused all parties' counsels of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Benjamin Gubernick*
Benjamin Gubernick