IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUIÑONES,
Guardian ad Litem, on behalf of
A. D., R. B., E. B., and M. B.,
minor children,

        Plaintiffs,

vs.                                                                                                           No. 21-cv-00368 DHU/JHR

PATRICIA GARZA, in her individual
and official capacity; REBECCA LIGGETT,
in her individual and official capacity; BRENDA
SALDANA, in her individual and official capacity;
JENNIFER DE LOS SANTOS, in her individual and
official capacity and DOES 1-50,

        Defendants.

**NOTICE OF AGREED UPON EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

        Plaintiffs, by and through their Counsel of Record, Benjamin Gubernick, Todd Bullion, and Jason Bowles, hereby deliver notice to the Court that the parties have stipulated to extend the deadline for Plaintiffs to file a Response to Defendants' Motion for Summary Judgment [Doc. 68] to Wednesday, January 31, 2024.

                                                             Respectfully submitted,

                                                             **GUBERNICK LAW P.L.L.C.**

                                                             */s/ Benjamin Gubernick*
                                                             BENJAMIN GUBERNICK
                                                             New Mexico Bar No. 145006
                                                             Ben@gubernicklaw.com
                                                             734-678-5169
                                                             10720 W. Indian School Rd.
                                                             Ste. 19 PMB 12
                                                             Phoenix, AZ 85037

                                                             ---and---

1

*/s/ Todd J. Bullion*
Todd J. Bullion
Law Office of Todd J. Bullion
4811 Hardware Dr NE
Bldg D, Ste 5
Albuquerque, NM  87109
(505) 494-4656
todd@bullionlaw.com

---and---

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Dr NE
Bldg D, Ste 5
Albuquerque, NM 87109
(505) 217-2680
jason@bowles-lawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Alfred A Park**
Park & Associates, LLC
3840 Masthead St., N.E.
Albuquerque, NM 87109
505-246-2805
Fax: 505-246-2806
Email: apark@parklawnm.com

**James J Grubel**
Park & Associates, LLC
3804 Masthead Street NE
Albuquerque, NM 87109
505-246-2805
Fax: 505-246-2806

Email: jgrubel@parklawnm.com


*/s/ Todd J. Bullion*
Todd J. Bullion
Law Office of Todd J. Bullion