IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALISON ENDICOTT-QUINONES,
Guardian ad Litem, on behalf of
A.D., R.B., E.B., and M.B.,
minor children,

      Plaintiffs,

v.                                                   1:21-cv-00368-DHU-JMR

PATRICIA GARZA, in her individual and official
Capacity; REBECCA LIGGETT, in her individual
and official capacity; BRENDA SALDANA, in her
individual and official capacity; JENNIFER DE LOS
SANTOS, in her individual and official capacity;
NEW MEXICO CHILDREN YOUTH & FAMILIES
DEPARTMENT; and DOES 1-50,

      Defendants.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court on the February 16, 2024, status conference. At the status conference, the Court set the following briefing schedule for defendants' renewed second Motion for Summary Judgment (Doc. 91).

Plaintiffs' response:      March 8, 2024.

Defendants' reply:      March 22, 2024

Theses deadlines may only be extended via written motion. The Court will not grant any further extensions absent extraordinary circumstances.

JENNIFER M. ROZZONI
United States Magistrate Judge