## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ALISON ENDICOTT-QUIÑONES,**
**Guardian ad Litem, on behalf of**
**A. D., R. B., E. B., and M. B.,**
**minor children,**

      **Plaintiffs,**

**vs.**                              **No: 21-cv-00368 DHU/JMR**

**PATRICIA GARZA, in her individual**
**and official capacity; REBECCA LIGGETT,**
**in her individual and official capacity; BRENDA**
**SALDANA, in her individual and official capacity;**
**JENNIFER DE LOS SANTOS in her individual and**
**official capacity; NEW MEXICO CHILDREN YOUTH**
** & FAMILIES DEPARTMENT; and DOES 1-50,**

      **Defendants.**

### **NOTICE OF APPEAL**

Defendants, the New Mexico Children, Youth and Families Department ("CYFD"), Patricia Garza, Rebecca Liggett, Jennifer De Los Santos, and Brenda Saldana (collectively "Defendants"), by and through their attorneys, Park & Associates, LLC (Alfred A. Park and James J. Grubel), hereby gives notice pursuant to Rule 4(a)(1), Fed. R. App. P. that they are appealing to the United States Court of Appeals for the Tenth Circuit  from that portion of the Court's Memorandum Opinion and Order of August 15, 2025 (Doc. 115), which denied their motion for summary judgment based upon the doctrine of qualified immunity.

Respectfully Submitted:

PARK & ASSOCIATES, LLC

By /s/ James J. Grubel
Alfred A. Park
James J. Grubel
3840 Masthead Street, N.E.
Albuquerque, NM 87109
505-246-2805 ext. 104
jgrubel@parklawnm.com
Counsel for Defendants

I hereby certify that a true and correct
copy of the foregoing was served via
CM/ECF filing system to all counsel
of record on this 11th day of September, 2024.

/s/ James J. Grubel
James J Grubel